UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                      CASE NO. 3:24-cr-60(S1)-MMH-PDB
                                    18 U.S.C. § 1703

AUSTIN ENGLER

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about June 26, 2023, in the Middle District of Florida,

AUSTIN ENGLER,

an employee of the U.S. Postal Service, knowingly and willfully did obstruct and retard the passage of the mail by destroying and delaying mail to be delivered on Rural Route 068, World Golf Village Annex, St. Augustine, Florida, which had been entrusted to him and had come into his possession, and was intended to be conveyed by mail, carried, and delivered by any carrier or other employee of the Postal Service.

In violation of 18 U.S.C. § 1701.

                    ROGER B. HANDBERG
                    United States Attorney

By: _____
     DAVID B. MESROBIAN
     Assistant United States Attorney

By: _____
     MICHAEL J. COOLICAN
     Assistant United States Attorney
     Deputy Chief, Jacksonville Division