United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                                   NO. 3:24-cr-60-PDB

**AUSTIN ENGLER,**

    *Defendant.*

---

## Clerk's Minutes

| Proceeding | Sentencing |
|---|---|
| Date | November 12, 2024 |
| Time | 3:30–51 p.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for Plaintiff | David Mesrobian, Assistant U.S. Attorney |
| Counsel for Defendant | Sabra Barnett, Assistant Federal Defender |
| Court Reporter | Kathy Healey |
| U.S. Probation Officer | Kyle McCrohan |

Judge Barksdale previously adjudicated Mr. Engler guilty of count one of the superseding information. Doc. 22 (superseding information); Doc. 29 (adjudication of guilt).

The parties had no objection to the PSR. The Court adopted the PSR.

Counsel made presentations.

The Court heard allocution from Mr. Engler.

Judge Barksdale imposed the following sentence:

- A $10 special assessment to be paid immediately;

- A $250 fine to be paid in monthly $50 payments; and

- $337.80 in restitution to be paid to the following: $50.40 to Victim 1; $225 to Victim 2; and $62.40 to Victim 3.

Ms. Barnett stated that Mr. Engler is prepared to pay the special assessment and restitution today.

Judge Barksdale advised Mr. Engler of his right to appeal, to counsel on appeal, and to court-appointed appellate counsel if he cannot afford appellate counsel.

Judge Barksdale asked the parties if they had any objection to the sentence or the manner in which she imposed it. Neither side had an objection.

Judge Barksdale will enter judgment.